NO. 07-06-0187-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

MAY 16, 2006

______________________________

LASARO JUNIOR SANDOVAL,

Appellant

v.

THE STATE OF TEXAS,

Appellee

________________________________

FROM THE 181st DISTRICT COURT OF POTTER COUNTY;

NO. 49,915-B; HON. JOHN B. BOARD, PRESIDING

_______________________________

Order of Dismissal

________________________________

Before QUINN, C.J., and REAVIS and CAMPBELL, JJ.

Pending before the court is the appeal of Lasaro Junior Sandoval.  He was convicted of aggravated assault on a public servant.  We received the reporter’s record on May 5, 2006.  So too did we receive a letter from Sandoval on May 5, 2006, inquiring about the appeal.  However, we have no notice of appeal, and the district clerk certified that none was ever filed after Sandoval was convicted and sentenced on December 19, 2005.  Finally, the time to file one under the Texas Rules of Appellate Procedure has long since lapsed.
(footnote: 1)  

Without a timely filed notice of appeal, we have no jurisdiction over the cause.  Consequently, we dismiss the matter for want of jurisdiction.

Brian Quinn

          Chief Justice

Do not publish.

FOOTNOTES
1:
We note that appellant may petition the Court of Criminal Appeals via art. 11.07 of the Code of Criminal Procedure for leave to file a belated appeal.